UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Case number  25-40713

In re:  DZS SERVICES INC.

Taxpayer number:  XXXXXXX7631

WITHDRAWAL OF
CLAIM # 12
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM:  06/03/2025

2. TOTAL AMOUNT OF CLAIM:  $ 30,965.95
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2025 to 03/13/2025

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  06/06/2025

/S/ TOMMY TRAN
TOMMY TRAN
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)